**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 102 WAL 2020

             Respondent                    :

                                          :    Petition for Allowance of Appeal
                                          :    from the Order of the Superior Court

             v.                             :

DESMUND DATRE RAND FORD,       :

             Petitioner                     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.